IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DIVANTE LLOYD,  \*

      Plaintiff,  \*

v.     Case No.  7:20-cv-132(HL)

   \*

OFFICER BUTLER, et al.,

   \*

      Defendants.

_____  \*

## **J U D G M E N T**

Pursuant to this Court's Order dated January 4, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of January, 2021.

                        David W. Bunt, Clerk

                        s/ Robin L. Walsh, Deputy Clerk